UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

CASE No. 8:21-mj-1148-TGW　　　　　　　　DATE: FEBRUARY 16, 2021

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v- | AUSA DANIEL GEORGE |
| GRAYDON YOUNG | ROBERT FOLEY (RET.) |
| INTERPRETER: N/A<br>DEPUTY CLERK: CALEB HOUSTON<br>COURT REPORTER: N/A | TIME: 3:17 -3:53 (36 min)<br>COURTROOM 12A<br>TAPE: DIGITAL |

PROCEEDING:   RULE 5/32.1 INITIAL APPEARANCE

| | |
|---|---|
| __X__ | Defendant advised of charges in Complaint from the District of Columbia (Case No. 1:21-mj-225) |
| __X__ | Arrest Date: 2/15/2021 |
| __X__ | Court reviews government's obligations under Brady v. Maryland |
| __X__ | Court advises defendant of Rule 5 and Rule 20 rights and charges |
| __X__ | Preliminary hearing requested by defendant. Preliminary hearing continued until 2/19/21 at 1:30pm. |
| __X__ | Bond/Detention: |

    Government: Requests detention as risk of flight and danger to the community; presumption applies; evidence against the defendant is strong; crime of violence with a use of force; destroyed evidence; firearms, gas mask, and knife found at defendant's home; defendant has property in rural part of Tennessee and indicated he planned to move there; defendant also has family in North Carolina and has a boat.

    Defendant:  Requests bond; willing to surrender firearms and passport; no history of violence; defendant and his wife own a business and have strong ties to the community; defendant self-surrendered upon becoming aware of warrant.

      Court: Defendant to be detained pending probable cause hearing on 2/19/21.

__X__  Defendant remanded to custody of U.S. Marshal.