UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    v.                                CASE NO. 8:21-mj-01148-TGW

GRAYDON P. YOUNG

### *JOINT* MOTION TO RESCHEDULE THE CONTINUED PROBABLE CAUSE AND DETENTION HEARING

Counsel for the defendant and the United States jointly move to reschedule the continued probable cause and detention hearing in the above-captioned case.

On February 16, 2021, the defendant, Graydon P. Young, appeared before this Court for his initial appearance, probable cause hearing, and detention hearing. The Court completed the initial appearance, and the parties proffered evidence and made arguments during the detention portion of the hearing. The United States sought detention and the defendant sought release. Ultimately, this Court rescheduled the probable cause hearing until today, February 19, 2021, at 1:30 pm, and continued the detention hearing until the same time.

Following the hearing, the parties have been in contact about the continued hearing and counsel for the defendant has requested an opportunity to obtain and present additional evidence that may affect any detention determination. This case is charged in Washington, D.C., and because of rapidly-changing weather issues and prior commitments, the parties have been unable to adequately address that information.

1

As a result, the parties ask that this Court reschedule the continued probable cause and detention hearing in this case until the afternoon of February 22, 23, or 24. The parties do not anticipate a lengthy hearing, as counsel for the defendant has indicated that they may waive a probable cause examination.

The undersigned counsel for the United States has consulted with counsel for the defendant, who agrees with the content included in this joint motion.

                                Respectfully submitted,

                                MARIA CHAPA LOPEZ
                                United States Attorney

By:    */s/ Daniel George*
        Daniel George
        Assistant United States Attorney
        USA No. 165
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: daniel.george@usdoj.gov