# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE No. 8:21-mj-1148-TGW                    DATE: FEBRUARY 22, 2021

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA DANIEL GEORGE |
| -v- | |
| GRAYDON YOUNG | ROBERT FOLEY (retained) |

| | |
|---|---|
| DEPUTY CLERK: DAWN M. SAUCIER | INTERPRETER: N/A |
| COURT REPORTER: N/A | TIME: 2:39-3:05 (26 min.) |
| COURTROOM 12A | TAPE: DIGITAL |

**PROCEEDINGS: DETENTION HEARING**

( X )  Preliminary hearing now moot (Indictment filed in District of Columbia)

( X )  Detention/Bond:

> Government: Seeks detention as risk of flight and danger to the community as previously stated at the initial appearance; presumption applies; evidence indicates that defendant may have planned to relocate temporarily to Tennessee; defendant did not express remorse on social media on the night of the event and went to the Capitol dressed in military attire; emails show that the defendant knew what he was doing when he traveled to Washington and tried to recruit others; sought additional military training prior to the event.
>
> Defendant: Requests release; defendant claims that the Capitol doors were already opened when the defendant entered; defendant self-surrendered upon knowledge of warrant; no criminal history; has passport that he is willing to surrender; owns business in Sarasota with spouse; extended family ties in the district; defendant has had no contact with co-conspirators since the event; defendant claims his participation was limited and was to render aid and assistance, not to commit violence; defendant removed himself from group upon

discovering its actual intent; requests unsecured bond.

Court: Defendant cannot rebut the presumption that he is a danger to the community and he shall be detained pending trial.

( X ) Defendant remanded to custody of U.S. Marshal.