UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
| v. | TO ANOTHER DISTRICT |
| GRAYDON YOUNG | CASE NO. 8:21-MJ-1148-TGW |

## CHARGES

| Charging Document | Statute(s) | Charging District |
|---|---|---|
| Complaint | 18 U.S.C. 2; 18 U.S.C. 371; 18 U.S.C. 1361; 18 U.S.C. 1512; 18 U.S.C. 1519; 18 U.S.C. 1752 | District of Columbia Case No. 1:21-mj-225 |

**Description:** Aiding and Abetting; Conspiracy to Defraud the United States; Destruction of Government Property; Obstruction of an Official Proceeding; Access to Restricted Building Or Grounds; Obstruction of Justice/Destruction or Alteration of Records In Federal Investigation

## PROCEEDINGS

**CURRENT BOND STATUS:**
[X] Government moved for detention and defendant detained after hearing in district of arrest
[ ] Government moved for detention and defendant detained pending detention hearing in district of offense
[ ] Other:

**COUNSEL:**  [X] Retained Own Counsel  [ ] Federal Defender Organization  [ ] CJA Attorney  [ ] None

**INTERPRETER:**  [X] No  [ ] Yes  Language:

---

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of **GRAYDON YOUNG** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and thereafter deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

FEBRUARY 22, 2021

_Thomas G. Wilson_
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |